JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 VENTURE OAKS WAY, SUITE 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271

Attorney for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC. and COUNTY OF PLACER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RUSSELL LONG, | CASE NO. CIV S 02-0444 LKK JFM P |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| COUNTY OF PLACER, COUNTY OF SACRAMENTO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR. ASA HAMBLY, | |
| Defendants. | |

The Court having received and accepted the stipulation by all parties to this case requesting a dismissal of this matter with prejudice hereby orders this case dismissed with prejudice and that said dismissal shall take effect immediately.

Dated: August 4, 2005

            /s/Lawrence K. Karlton
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT

_____
Order of Dismissal       1